JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NELL E. LANGFORD, | CASE NO. CV 10-3258-JST (PLAx) |
| Plaintiff, | |
| vs. | **JUDGMENT** |
| KEVIN P. RICE, | |
| Defendant. | |

1 | Pursuant to the Court's October 28, 2010 Order Granting Summary Judgment in
2 | favor of Plaintiff Nell E. Langford, IT IS HEREBY ADJUDGED that:
3 |    1.   Judgment be entered in Plaintiff's favor and against Defendant Kevin P. Rice.
4 |    2.   The United States Patent and Trademark Office cancel Rice's Safe Beach Now®
5 |         trademark, registration number 3,776,688, as it is invalid and unenforceable.

7 | DATED:     December 15, 2010

**JOSEPHINE STATON TUCKER**
JOSEPHINE STATON TUCKER
UNITED STATES DISTRICT JUDGE